IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KENNETH GOETZ,

                      Plaintiff,                    OPINION AND ORDER

v.

                                                  09-cv-670-wmc

ALLOUEZ MARINE SUPPLY, INC.,

                      Defendant and
                      Third-Party Plaintiff,

v.

KEY LAKES, INC., f/d/b/a GREAT LAKES
FLEET AND KEYSTONE SHIPPING
COMPANY and AAMSTRAND ROPES AND
TWINES, INC.

                      Third-Party Defendants.,

and

KEY LAKES, INC., f/d/b/a GREAT LAKES
FLEET AND KEYSTONE SHIPPING
COMPANY,

                      Cross-claim Plaintiff,

v.

AAMSTRAND ROPES AND TWINES, INC.,

                      Cross-claim Defendant.

---

       The court is in receipt of various filings in anticipation of the trial on Key Lakes, Inc.'s cross-claim against Aamstrand Ropes and Twines, Inc. In preparation of the final pre-trial conference scheduled for December 2, 2010, the court issues the following order.

ORDER

IT IS ORDERED that:

(1)     The parties have designated deposition testimony for a number of witnesses. Depositions should only be offered into evidence if the witness is unavailable at trial. Extensive reading from depositions is strongly discouraged. Toward that end, the proponent of a deposition may -- though is not required -- to prepare a written narrative summary of some or all deposition transcripts the party intends to offer into evidence, with annotated page and line references in parenthesis after each sentence, in lieu of part or all of the narrative of questions and answers.

(2)     On or before 4:30 p.m. on Monday, November 29, 2010, the parties shall provide opposing counsel and the court:

    (a)     A short, written narrative statement of each expert's background and experience. These statements will be read to the jury and no proof will be received on the matters covered unless an objection to the narrative statement is filed.

    (b)     A completed trial exhibit form available on the court's website under Forms, Other Forms (http://www.wiwd.uscourts.gov/forms.html).

    (c)     Deposition narratives (see (1) above).

(3)     On or before 4:30 p.m. on Wednesday, December 1, 2010, the parties shall provide opposing counsel and the court:

    (a)     Objections to exhibits. Please identify any objections on the opposing party's trial exhibit form. Counsel are directed to consult in good faith and reach resolution on the admissibility of exhibits to the extent possible. Each side shall file copies of any contested exhibits with the court by noon on December 2nd.

(4) The final pre-trial conference shall be held on December 2, 2010 at 3:00 p.m. (Note this is a change from 4:00 p.m. identified in the pre-trial conference order.)

(5) The trial shall commence Monday, December 6, 2010 at 9:00 a.m. The parties shall meet with the court at 8:30 a.m. that morning for any matters that need to be brought to the court's attention.

Entered this 23rd day of November, 2010.

BY THE COURT:
/s/

_____
WILLIAM M. CONLEY
District Judge