IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH GOETZ,

    Plaintiff,

v.

ALLOUEZ MARING SUPPLY, INC.,

    Defendant and Third-Party Plaintiff,

v.

KEY LAKES, INC., f/d/b/a/ GREAT LAKES FLEET AND
KEYSTONE SHIPPING COMPANY,

    Third-Party Defendant and Cross-claim Plaintiff,

and

AAMSTRAND ROPES AND TWINES, INC.,

    Third-Party and Cross-claim Defendant.

Case No. 09-cv-670-wmc

## JUDGMENT

This action came before a jury with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict on December 7, 2010.

Pursuant to Fed. R. Civ. P. 58(b)(2)(A), IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Aamstrand Ropes and Twines, Inc. with prejudice and statutory costs.

Approved as to form this 13th day of December, 2010.

_____
WILLIAM M. CONLEY, District Judge

By: _____ , Deputy Clerk
Peter Oppeneer, Clerk of Court

12-14-10
Date